IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TOMMY J. TOMPKINS, JR.,    Plaintiff, | * * * | |
| v. | * * | CIVIL ACTION NO. 20-00118-N |
| OPTIMUM WEALTH MANAGEMENT, INC.,    Defendant(s). | * * * | |

ORDER

Pursuant to Local Rule 4, Plaintiff is to file notice with the Court of results of service of process efforts within 45 days after the filing of the Complaint. This action was commenced on March 2, 2020 (Doc. 1).

A review of the file indicates that service of process has not been effected on the Defendants and that notice has not been received from the Plaintiff regarding their efforts to serve the Defendants[1].

Therefore, it is **ORDERED** that the Plaintiff **SHOW CAUSE** no later than **May 14, 2020** as to why they have not complied with Local Rule 4(a)(3).

DONE this 7th day of May, 2020.

    s/KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE

---

[1] On March 4, 2020, the Court entered a notice directing plaintiff to comply with Local Rule 4 (Doc. 4).